**J. ARON & COMPANY, Inc., Libelant-Appellee, v. UNITED STATES, Respondent-Appellant.**

(Circuit Court of Appeals, Second Circuit. February 25, 1927.)

No. 195.

Appeal from the District Court of the United States for the Southern District of New York.

Appeal from final decree in admiralty entered in the District Court for the Southern District of New York.

Emory R. Buckner, U. S. Atty., of New York City (Irving L. Evans and David B. Landis, both of New York City, of counsel), for appellant.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Cletus Keating and James H. Herbert, both of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and SWAN, Circuit Judges.

PER CURIAM. Decree (18 F.[2d] 115) affirmed, with interest and costs.